UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

ATTACHMENT 1

PLAINTIFF'S NAME Anthony Godfrey

CIVIL ACTION

V.

NO._____

Defendant's Name
Louise Godfrey
130 Mederrate Road
Weymouth, Mass, 02188
Apt 62

COMPLAINT

Parties

1. The plaintiff is a resident of your town, your county, Massachusetts and a citizen of the United States.

2. The defendant Harry Houdini is a resident of East Overshoe and a citizen of the United States.

3. The defendant Hazel Houdini is a resident of East Overshoe and a citizen of the United States.

Jurisdiction

4. This court has jurisdiction over this matter pursuant to 28 U.S.C. §1332.

## Facts

5. On July 4, 1999, Harry Houdini and Hazel Houdini entered into a contract with the Plaintiff, whereby the Houdinis agreed to... yes

6. Facts continued..........

7. Facts continued.............

8. The last paragraphs should state the relief you are seeking.

9. WHEREFORE, the Plaintiff demands judgment against the defendants for damages and such other relief as this Court deems just.

10. If the plaintiff wants a trial by jury, it must be requested by the plaintff.

11. The plaintiff demands a trial by jury.

Signature _Anthony Modfrey_

Name ROBERT THE RABBIT

Address    123 BUNNY LANE

Boston, Massachusetts 00000

Telephone # 857-312-0670

(Att1-complaint.wpd)

10-1-2014

My name is anthony godfrey.

I am writing to you and explain what is going on whit me.

I was severing a 5-7 years senter so I end up wraping my senter of 2002 and I was liveing in Boston.

I have been looking for a place and I have got a place in quincy at 17 Greenlaft Street apt 3. Of 2002.

At this time I was on walfaer when I was a prove for Social Security. When I riecve a letter from Social Security officer. of 2003.

It state it) I will riecve a large amount of a check on Nov of 2003 of 2003.

So I end up moiveing To 15 rember court street of 2008.

10-1-2014

My name is anthony godfrey.

I am writing to you and explain what is going on with me.

I was serving a 3-7 years sentes and I end up wraping my senter of 2008 and I was liveing in Boston.

I have been looking for a place and I have got a place in quincy at 11 (greenlast) Street apt 3. of 2008

At this time I was on probart when I was a prove for Social Security check (my check) is Her from Social Security office

It state it I will riceive a large amount of a check on Nov of 2008

So I end up moiveing To 15 rember court street of 2009

I went back to my old address to pick up my mail. From social security a check was sent by them to me. No check was there.

So I have ask the post office man If I got mail. He have said "yes to me". But a woman and her son came up to me "I am here to pick up my son mail." My mother show the post office man Her ID to prove she was godfrey. The postman have gave my mother my mail to her.

That when I have got a lawyer right way. We booth's went to social security to report of my check and to get a copy of that missing check from Social Security

I went back to my old address to pick up my mail? from social security a check was sent to me. No check was there.

Now I have ask the mailman If I got mail. He said yes to me. B it a mailman and her son came up to me. I can here to pick up my son mail. "My mother should The mail" postoffice mail man After ID to picue she was getting. The postman have gave my mother my — mail to her.

That went two months went by so I had to got social security to report of my check and to get a copy of that missing check from Social Security.

Social Security never respond back to my lawyer". And I have reciven a call from my lawyer If I got my check" I said no to him no check.

When the lady down star have told me your mother and your brother have brokeing in your mail Box. They have stolding again of my check.

So I went to the quincy police stateioning to file". No respond from them at all.

Social Security never respond back to my lawyer. And I have never a call from my lawyer. If I get my check I said no to him no check.

When the lady closer stop have told me your brother and your brother have brokering in your mail Box. They have Stealing going on my check.

So I went to the quincy police stateioning to file. He respond from them at all.

police":

At this time I was on $2,500 bail I put up $1,400 my sister put up 1,100".

My mother have took my sister money". And I end up going To Jail". I end up takeing them in court and I have said To the Judge They stold my bail money of $1400.00

My mother and my brother have said To the Judge they send it to the jail. So the Judge took thire words than me".

My gril have call up the Jail To fine out if $1,400 was send There the Jail said to my gril No $1,400 was send To me". 2006, 2007

They bouths have lie to the Judge,'

Alls this happeing 2006 To 2007 it gos long.

police.

At this time I was on SSI 2,500 bail
I got up $1,400 my sister got up
the...

My mother have took my sister
money. And I end up going to
jail. I end up taking them in
court and I have said to the
judge They stold my bail money
of $1,100.00

My mother and my brother have
said to the Judge they send it to
the jail. So the Judge took their
words than me.

My call have call up the jail to
see if it to, No, was send there
the Jail said to my girl bail too
was send to me. "2,500, 2,500?

They both have lie to the Judge?

All this happening goes to 2007
it gas long

I am asking for your help please my brother have been useing my social security card for woke and credit card from 1994 To 2002, And useing my mass health 1986", @ I was in jail.

I have won my case at the social secrity administrate Judge of the law was done by him?

He have said to me To take it in the Fedral Court to get my money back from them) They have stoleing from me".

The quicny credit union bank have a statement and a copy of her Driver License she have stoleing of $3695.00

At this time my lawyer was Francis Hurley. He is now a Fedarl Judge at the Social Security — his name is on the statement what the Judge have said.

This is a ture statement by me to you.

It is time for to get your help from your court of the Law is done in the right way.

I am asking for your help please.

Thank you for your time to read my statement To you.

Can you please respond back to me as soon.

My mother and my brother — togather have stolding of a mounth. $ 3,695. plus 1,400. and the statement useing my card of $ 035.39. And $365.00 she have on her and she keep it.

And plus my $ 20,000 was send to my old address 17 Green left St apt 3.

This is a true statement by me to you

It is time for to get your help from your soul of the lord is done in the sight you

I am asking for your help pease

Thank you for your time to send my statement to you.

Can you please respond back to me as soon

My mother and my brother together have eight

insurance checks plus $1,800 and the statement using my card of # 635, 34. And also on the house in her and she keep it

And plus my $90,000 was sent to my old address by (green left) to a

When my mother and brother got it from the postofficeman.

The total or amount is $26,295 dollar They bouths have stoneing from me.

The social security have me down 3 diffment Brithday in their office They dont know why.

My brother have ben useing my social security card number fer work of 2007-2008.#

Social Secrity have ben takeing money out of my check for working) Never have ben working those year? Social Secrity shocd me the paper I have ask them if I can have cope of Them they have said To we cant give you that?

When my mother and brother got it from the post office was.

The total of amount is $863,395 total. They booths have stealing from me.

The social security have mine even 3 different Birthday in their office. They dont know what.

My brother have been using my social security card number for work at age 7 2008-2009.

Social Security messed out but has chade their certifing Never have been marking those over? Social security Sheet the Paper I have aware them I can have copy of Them they have said to use card give you that?

My mother and my brother have ben useing my name for years".

Social Secrity oll me money way Back of 1994 to 2008. We work my case".

Something have to be done whit them?

My real name is Anthony Turco when my mother Have change my name To godfrey? I can prove that?

Thank you for your time to read my letter To you all ture by me and statement By a fedeal Judge and my lawyer name on it He is now a fedeal Judg also.

Can you please get back to me and pleas Take this in your court!

My mother and my brother
have been using my name for
years.

Social Security all me saying
want Back of 9944 + 2 rise
owen my case

Something have to be done about
them?

My real name is Anthony Torres
after my mother Have Ehonge
my name to Godfrey. I can
prove that?

Thank you for your time
my mother to send all those let
me and statement By our
Federal Judge and my daugter?
name Smith is now a Federal
Judge also.

Can you please get back to me
and please take this to your
court.

My name is Anthony Godfrey
127 Copeland Street
Quincy Mass, 02169

Thank you for your time to read my letter to you.

Anthony Godfrey

857-261-8973

My name is Anthony Coffey
137 Copeland Street
Quincy Mass. 02169

Thank you for your time to
read my letter to you.

Anthony C. Coffey

857 206 8973